IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

TAYLOR SYSLO,

    Plaintiff,

v.                                  CIVIL ACTION NO. 1:21-00533

WARDEN CARVER, et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

    By Standing Order, this action was referred to United States Magistrate Judge Omar J. Aboulhosn for submission of findings and recommendation regarding disposition pursuant to 28 U.S.C.A. § 636(b)(1)(B). Magistrate Judge Aboulhosn submitted to the court his Findings and Recommendation on September 30, 2021, in which he recommended that the district court deny plaintiff's "Motion Requesting Waiving Exhaustion," deny plaintiff's "Motion for Temporary Restraining Order Pursuant to § 65(b)," dismiss plaintiff's complaint, and remove this matter from the court's docket.

    In accordance with the provisions of 28 U.S.C.A. § 636(b), the parties were allotted fourteen days, plus three mailing days, in which to file any objections to Magistrate Judge Aboulhosn's Findings and Recommendation. The failure of any party to file such objections constitutes a waiver of such party's right to a <u>de novo</u> review by this court. <u>Snyder v. Ridenour</u>, 889 F.2d 1363 (4th Cir. 1989).

The parties failed to file any objections to the Magistrate Judge's Findings and Recommendation within the allotted time period.  Having reviewed the Findings and Recommendation filed by Magistrate Judge Aboulhosn, the court adopts the findings and recommendations contained therein.  Accordingly, the court hereby **DENIES** plaintiff's "Motion Requesting Waiving Exhaustion," **DENIES** plaintiff's "Motion for Temporary Restraining Order Pursuant to § 65(b)," **DISMISSES** plaintiff's complaint, and directs the Clerk to remove this case from the court's active docket.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to plaintiff, pro se, and counsel of record.

**IT IS SO ORDERED** this 8th day of July, 2022.

ENTER:

David A. Faber
Senior United States District Judge